

# United States District Court
# Eastern District of California

| Lisa Holder | Case Number: 1:24-cv-01265-JLT |
|---|---|
| Plaintiff(s) | |

V.

| AuguStar Life Assurance Corporation | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
|---|---|
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ryan H. Voss hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
AuguStar Life Assurance Corporation

On 04/19/2011 (date), I was admitted to practice and presently in good standing in the U.S. District Court Northern District of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

In re Standford Chopping Inc.,// Lisa Holder as Chapter 7 Trustee v. AuguStar Life Assurance Corporation, Bankruptcy Case No. 2022-11403-B-7; Adversary Proceeding No. 2024-01023-B. My Pro Hac Vice Motion was submitted on 10/22/24 and granted on 10/23/24.

Date: 10/24/2024        Signature of Applicant: /s/ Ryan H. Voss

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Ryan H. Voss |
| Law Firm Name: | Chittenden, Murday & Novotny LLC |
| Address: | 303 W. Madison Street |
| | Suite 2400 |
| City: | Chicago   State: IL   Zip: 60606 |
| Phone Number w/Area Code: | (312) 281-3633 |
| City and State of Residence: | Lisle, Illinois |
| Primary E-mail Address: | rvoss@cmn-law.com |
| Secondary E-mail Address: | bharris@cmn-law.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Rebekka R. Martorano, Esq. |
| Law Firm Name: | The Ryan Group |
| Address: | 400 Capitol Mall |
| | Suite 2540 |
| City: | Sacramento   State: CA   Zip: 95814 |
| Phone Number w/Area Code: | (916) 924-1912   Bar #: 173600 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 6, 2024

_____
JUDGE, U.S. DISTRICT COURT

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Ryan Hunter Voss

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Ryan Hunter Voss was duly admitted to practice in said Court on (04/19/2011) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/07/2024 )

Thomas G. Bruton , Clerk,

By:
 Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ E. CALASANZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
October 7, 2024